IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Mark Linton Roberts, | ) | C/A No.: 1:19-982-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| John Crane; Joseph Etris; Scotti Bodiford; Samantha Yates; Melinda McElhannon; Nurse Garbaka; Kim Olszewski; Lisa McCombs; April Roberts; Tracy Krein; John Doe; Jane Doe; and Greenville County, | ) | ORDER |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's motion for a transfer of venue. [ECF No. 29]. This matter was assigned to the undersigned pursuant to Local Civ. R. 73.02(C)(3) (D.S.C.), which provides that any civil cases challenging prison conditions under Local Civ. Rule 73.02(B)(2)(d) (D.S.C.) shall be assigned to "magistrate judges on a rotational basis without regard to the division of filing." In these instances, the case number reflects the Magistrate Judge assigned, rather than the division.

However, the Clerk of Court typically creates a docket entry reflecting the true division for trial as well. It appears the Clerk of Court inadvertently failed to enter a docket entry reflecting Greenville as the true division for trial. The Clerk of Court is directed to correct the mistake. Therefore,

Plaintiff's motion to transfer venue is denied as moot, and the true division for trial in this case remains Greenville, South Carolina.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 30, 2019                    Shiva V. Hodges
Columbia, South Carolina        United States Magistrate Judge